**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAUL ROWLAND,

   Plaintiff,

CASE NO.: 3:18-CV-00782-BJD-JBT

-vs-

CAPITAL ONE BANK (USA), N.A.,

   Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Paul Rowland, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of January, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Megan P. Stephens* |
| Octavio Gomez, Esquire | Megan P. Stephens, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0092557 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| 201 N. Franklin Street, Suite 700 | 420 N. 20th Street, Suite 3400 |
| Tampa, Florida 33602 | Birmingham, Alabama 35203 |
| Tele: (813) 223-5505 | Tele: (205) 251-3000 |
| Fax: (813) 223-5402 | Fax: (205) 413-8701 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: MStephens@Burr.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |