UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PAUL ROWLAND,**

    **Plaintiff,**

v.                                                                                               Case No. 3:18-cv-782-J-39JBT

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 15; Stipulation) filed on January 14, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of January, 2019.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record